

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 19 2009

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EVELYNE S. WEATHERFORD                                          PLAINTIFF

VS.                        CASE NO.  3:09CV00071 JMM

ARKANSAS STATE UNIVERSITY                                       DEFENDANT

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this __19__ day of ____May____, 20_09_.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
       Deputy Clerk