**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


**EVELYNE S. WEATHERFORD**                                                                 **PLAINTIFF**


**VS.**                                      **CASE NO. 3:09CV00071 JMM**


**ARKANSAS STATE UNIVERSITY**                                              **DEFENDANT**

**ORDER**

    The Clerk of the Court is directed to re-issue the summons  against defendant Arkansas

State University and the United States Marshal is directed to serve the summons and a copy of

the complaint personally on  Dr. Les Wyatt or a designated agent of the defendant.

    IT IS SO ORDERED THIS  24  day of ___June___, 2009.



_____

James M. Moody
United States District Judge