IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EVELYNE S. WEATHERFORD**                      **PLAINTIFF**

VS.            **CASE NO. 3:09CV00071 JMM**

**ARKANSAS STATE UNIVERSITY**                  **DEFENDANT**

### ORDER

The Clerk of the Court is directed to re-issue the summons against defendant Arkansas State University and the United States Marshal is directed to serve the summons and a copy of the complaint personally on Dr. Les Wyatt.

IT IS SO ORDERED THIS  17  day of   July  , 2009.

James M. Moody
United States District Judge