IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EVELYNE S. WEATHERFORD**                                             **PLAINTIFF**

VS.                    **CASE NO.  3:09CV00071 JMM**

**ARKANSAS STATE UNIVERSITY**                                 **DEFENDANT**

**ORDER**

Based upon plaintiff's service of summons and a copy of the complaint upon Lucinda McDaniel and Dr. Les Wyatt, the pending Motions to Dismiss for Failure of Service are denied (#9 and #16).

IT IS SO ORDERED THIS  13  day of  August , 2009.

_____
James M. Moody
United States District Judge