# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EVELYNE S. WEATHERFORD

v.                              CASE NO. 3:09cv00071  JMM

ARKANSAS STATE UNIVERSITY

## ORDER

Plaintiff is presently proceeding *pro se.*

The purpose of this Order is to direct Plaintiff's attention to the fact that she is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with said Rules.

Plaintiff must be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

Currently pending is Defendant's motion to dismiss the lawsuit.  Plaintiff is advised of her right to respond to the motion in accordance with the Federal Rules of Civil Procedure and Local Rules of the Eastern District of Arkansas.

IT IS SO ORDERED this 26th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE