IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EVELYNE S. WEATHERFORD**                                                                 **PLAINTIFF**

V.                                       CASE NO.  3:09CV00071 JMM

**ARKANSAS STATE UNIVERSITY**                                                     **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the compliant in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this 2 day of December, 2009.

_____
James M. Moody
United States District Judge